| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

| | | | |
|---|---|---|---|
| **File No./Escrow No.:** | 3810122-00753 | **Clear Title Group** | CLEAR |
| **Print Date & Time:** | 01/11/2023  3:59 PM | **ALTA ID : 1077284** | TITLE |
| **Officer/Escrow Officer:** | Eileen Valdes | **1111 Lincoln Road Suite 801 Miami Beach,** | GROUP |
| **Settlement Location:** | 1111 Lincoln Road Suite 801 Miami Beach, FL 33139 | **FL 33139** | |

| | |
|---|---|
| **Property Address:** | 247 E Rivo Alto Dr ,  Miami Beach, FL 33139 |
| | County: Miami Dade |
| **Buyer:** | Mitchell Schuster, Trustee of 247 Rivo Land Trust dated January 10, 2023 |
| **Seller:** | Edward Lando |
| **Lender:** | First Republic Bank |
| | P.O. Box 790869, San Antonio, TX 78279-0869 |
| **Settlement Date:** | 01/11/2023 |
| **Disbursement Date:** | 01/12/2023 |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | $16,700,000.00 | Contract Sales Price | $16,700,000.00 | |
| | | Deposit or earnest money | | $500,000.00 |
| | | Deposit or earnest money | | $1,100,000.00 |
| | | Principal Loan Amount from First Republic Bank | | $8,000,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $6,634.53 | | County Taxes (Unpaid) 220145.6500/yr 01/01/23 to 01/12/23 | | $6,634.53 |
| | | | | |
| | | **Loan Charges to First Republic Bank** | | |
| | | Daily interest charges from 01/12/23 to 02/01/23 @ 1211.11/day First Republic Bank | $24,222.20 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Appraisal Fee to DIna Miller Associates | $4,800.00 | |
| | | Courier Fee/Overnight Fee to First Republic Bank | $30.00 | |
| | | Credit report to Factual Data Services | $27.45 | |
| | | Document Preparation Fee-Orig to First Republic Bank | $30.00 | |

Copyright 2015 American Land Title Association. All rights reserved.

Initials_____

File # 3810122-00753

Printed on 01/11/2023 at  3:59 PM

| | | | | |
|---|---|---|---|---|
| | | Flood Cert. Fee to DataVerify Flood Services | $6.00 | |
| | | Insurance Monitor Fee to SWBC | $55.00 | |
| | | Processing Fee to First Republic Bank | $1,095.00 | |
| | | Tax Service to Lereta | $84.00 | |
| | | | | |
| | | **Impounds/Escrows** | | |
| | | Flood Ins. Reserve 3 Month(s) @ 322.00 per Month(s) First Republic Bank | $966.00 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | ALTA 8.1 Env. Protection to Clear Title Group | $25.00 | |
| | | Florida Form 9 to Clear Title Group | $3,223.00 | |
| | | Lender's Coverage ($8,000,000.00) to Clear Title Group | $350.00 | |
| | | Navigational Servitude to Clear Title Group | $3,223.00 | |
| | | Owner's Coverage ($16,700,000.00) to Clear Title Group | $31,880.00 | |
| | | Settlement or Closing Fee - Buyer to Clear Title Group | $1,500.00 | |
| $65.00 | | Title Search Seller to Clear Title Group | | |
| $35.00 | | Wire Fee to Clear Title Group | | |
| | | | | |
| | | **Commission** | | |
| $292,250.00 | | Listing Commission to Official Partners | | |
| $292,250.00 | | Selling Commission to Official Partners | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| $100,200.00 | | Deed Doc Stamps to CLERK OF THE CIRCUIT COURT | | |
| $18.50 | | LLC AFFIDAVIT to CLERK OF THE CIRCUIT COURT | | |
| | | Mortgage Doc Stamps to CLERK OF THE CIRCUIT COURT | $28,000.00 | |
| | | Mortgage Intangible Tax to CLERK OF THE CIRCUIT COURT | $16,000.00 | |
| | | Recording Fees for Deed to CLERK OF THE CIRCUIT COURT | $18.50 | |
| | | Recording Fees for Mortgage to CLERK OF THE CIRCUIT COURT | $256.50 | |
| | | TRUST CERT to CLERK OF THE CIRCUIT COURT | $18.50 | |
| | | | | |
| | | **Payoff(s)** | | |
| | | Lender: JP Morgan Chase Bank, N.A. | | |
| $10,007,407.28 | | Payoff First Mortgage to JP Morgan Chase Bank, N.A. | | |
| | | | | |
| | | **Miscellaneous** | | |
| $224,732.02 | | 2022 Property Taxes to Miami-Dade County Tax Collector | | |
| | | Buyer Attorney Fee to Nexterra Law | $6,500.00 | |
| $211.00 | | Municipal Lien Search to TrueLine Technologies, LLC | | |
| $542.00 | | Permit #RWP0221-7087 - Unpaid Fees to City of Miami Beach | | |

Copyright 2015 American Land Title Association. All rights reserved.
Initials_____

File # 3810122-00753
Printed on 01/11/2023 at 3:59 PM

| | | | | |
|---|---|---|---|---|
| $5,000.00 | | Seller Attorney Fee to Greenberg Traurig, P.A. | | |
| | | Survey to NexGen Surveying, LLC | $1,000.00 | |
| | | Title Review For Lender to Mathison Whittles, LLP | $850.00 | |
| $286.92 | | Utility Balance to City of Miami Beach | | |

| Seller | | | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $10,929,632.25 | $16,700,000.00 | SubTotals | $16,824,160.15 | $9,606,634.53 |
| | | Due From Borrower | | $7,217,525.62 |
| $5,770,367.75 | | Due To Seller | | |
| $16,700,000.00 | $16,700,000.00 | Totals | $16,824,160.15 | $16,824,160.15 |

**Acknowledgement**

I have carefully reviewed this Settlement Statement and to the best of my knowledge and belief, it is true and accurate statement of all receipts and disbursements. I further certify that I have received a copy of this Settlement Statement.

247 Rivo Land Trust dated January 10, 2023

By: Mitchell Schuster, Trustee

_____

Edward Lando

_____

**Settlement Agent**

Copyright 2015 American Land Title Association. All rights reserved

Initials_____

File # 3810122-00753

Printed on 01/11/2023 at  3:59 PM