AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MITCHELL SCHUSTER, AS TRUSTEE FOR THE 247 RIVO LAND TRUST<br><br>*Plaintiff(s)*<br><br>v.<br><br>NATALIE CRAWFORD, as Beneficiary of the 247 Rivo Land Trust and BRAD GARLINGHOUSE, as Beneficiary of the 247 Rivo Land Trust<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-23224-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATALIE CRAWFORD, as Beneficiary of the 247 Rivo Land Trust
c/o Doug Wexler, Esq.
Wexler Lee LLC.
55 West Wacker Dr., 9th Fl.
Chicago, IL 60601-1794
doug@wexler.law

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jones Walker LLP, 201 S. Biscayne Blvd., Suite 3000, Miami, Florida 33131
(305) 679-5754; David S. Weinstein, Esq., dweinstein@joneswalker.com
Attorney for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/23/2024

Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MITCHELL SCHUSTER, <br> AS TRUSTEE FOR THE <br> 247 RIVO LAND TRUST <br><br> *Plaintiff(s)* <br><br> v. <br><br> NATALIE CRAWFORD, as <br> Beneficiary of the 247 Rivo Land Trust <br> and BRAD GARLINGHOUSE, as <br> Beneficiary of the 247 Rivo Land Trust <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:24-cv-23224-CMA |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRAD GARLINGHOUSE as Beneficiary of the 247 Rivo Land Trust
c/o Barry Kamar, Esq.
King & Spalding LLP
Southeast Financial Center
200 S Biscayne Boulevard, Suite 4700
Miami FL 33131
bkamar@kslaw.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jones Walker LLP, 201 S. Biscayne Blvd., Suite 3000, Miami, Florida 33131
(305) 679-5754; David S. Weinstein, Esq., dweinstein@joneswalker.com
Attorney for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  08/23/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ A. Rodriguez*

Deputy Clerk
U.S. District Courts