UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
[MIAMI DIVISION]

CASE NO: 24-23224-CIV-ALTONAGA/Reid

**MITCHELL SCHUSTER,**

    Plaintiff,

v.

**NATALIE CRAWFORD,** *et. al,*

    Defendants.
_____//

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff, Mitchell Schuster, by and through his undersigned counsel, hereby files his Notice of Compliance with this Court's Order (Dkt. 4). Attached hereto is **a Statement of Diversity of Citizenship** listing the citizenship of each party.

Dated this 27th day of August, 2024.

        Respectfully submitted,

        **JONES WALKER LLP**
        201 S. Biscayne Blvd.
        Thirtieth Floor
        Miami, Florida 33131
        Telephone: 305-679-5700
        Facsimile: 305-679-5710
        Email: dweinstein@joneswalker.com
        **/s/ David S. Weinstein**
        Florida Bar No. 749214
        Counsel for Plaintiff