UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
[MIAMI DIVISION]

CASE NO: 24-23224-CIV-ALTONAGA/Reid

MITCHELL SCHUSTER,

    Plaintiff,

v.

NATALIE CRAWFORD, *et. al,*

    Defendants.

_____//

**STATEMENT OF DIVERSITY OF CITIZENSHIP**

Pursuant to 28 U.S.C. § 1746(2), I, Mitchell Schuster, a United States citizen currently residing in the United States, do hereby declare the following under penalty of perjury:

1. I (Plaintiff) am domiciled in and serve as the trustee for the 247 Rivo Land Trust in the state of New York. I intend to continue my domicile in New York state for the foreseeable future.

2. Mr. Brad Garlinghouse (Defendant) is domiciled in the state of Florida. Upon information and belief, it is my understanding that Mr. Garlinghouse intends to continue his domicile in the state of Florida for the foreseeable future.

#102551312v1

3. Ms. Natalie Crawford (Defendant) is domiciled in the state of Illinois. Upon information and belief, it is my understanding that Ms. Crawford intends to continue her domicile in the state of Illinois for the foreseeable future.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of August 2024.

*Mitchell Schuster*
MITCHELL SCHUSTER

#102551312v1