UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 24-23224-CIV-ALTONAGA/Reid**

**MITCHELL SCHUSTER**,

    Plaintiff,

v.

**NATALIE CRAWFORD**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on August 23, 2024, and to date, there is no indication in the court file that Defendant, Natalie Crawford, has been served with the summons and Complaint. It is therefore

**ORDERED** that on or before **November 21, 2024**, Plaintiff shall perfect service upon the Defendant or show cause why this Defendant should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by November 21 will result in a dismissal of this Defendant without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida this 19th day of September, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record