UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23224-CIV-ALTONAGA/Reid

MITCHELL SCHUSTER,

    Plaintiff,

v.

NATALIE CRAWFORD, *et al.*,

    Defendants.
_____/

## DEFENDANT BRAD GARLINGHOUSE'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's September 7, 2024 Order [ECF No. 7], Defendant Brad Garlinghouse ("Garlinghouse") respectfully submits this Certificate of Interested Parties. To the best of Mr. Garlinghouse's knowledge, the following persons and entities have a financial interest, or may have a financial interest, in the outcome of the above-captioned action:

| Party | Interest |
|---|---|
| Mitchell Schuster | Filed initial Complaint for Declaratory Judgment and Relief; Trustee of the 247 Rivo Land Trust |
| Jones Walker LLP | Counsel for Plaintiff |
| Brad Garlinghouse | Defendant |
| King & Spalding LLP | Counsel for Defendant Garlinghouse |
| Natalie Crawford | Defendant |
| Unknown | Counsel for Defendant Crawford |

1

Dated:  October 7, 2024	Respectfully submitted,

**KING & SPALDING LLP**
Southeast Financial Center
200 S. Biscayne Boulevard
Suite 4700
Miami, Florida  33131
Telephone:  (305) 462-6000

By: */s/ Barry Kamar*
    Barry Kamar
    Florida Bar No. 1033842
    **KING & SPALDING LLP**
    200 S. Biscayne Boulevard
    Suite 4700
    Miami, FL 33131
    Telephone: (305) 462-6000
    Facsimile: (305) 462-6100
    bkamar@kslaw.com
    MiamiLit@kslaw.com

    *Counsel for Brad Garlinghouse*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2024, a copy of the foregoing was served via the CM/ECF system upon the below counsel of record who has consented to electronic notice.

>David S. Weinstein
>Florida Bar No. 749214
>**JONES WALKER LLP**
>201 S. Biscayne Blvd.
>Thirtieth Floor
>Miami, Florida 33131
>Telephone: 305-679-5700
>Facsimile: 305-679-5710
>Email: dweinstein@joneswalker.com
>Counsel for Plaintiff

By: */s/ Barry Kamar*
    Barry Kamar
    Florida Bar No. 1033842