UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23224-CIV-ALTONAGA/Reid

**MITCHELL SCHUSTER**,

    Plaintiff,
v.

**NATALIE CRAWFORD**, *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On September 6, 2024, the Court entered an Order [ECF No. 7] instructing the parties to file a joint scheduling report by the earlier of October 21, 2024, or within ten days of Defendants appearing in the matter. (*See generally id.*). Counsel for Defendant, Brad Garlinghouse, filed a notice of appearance [ECF No. 11] on September 26, 2024. Defendant, Natalie Crawford has yet to be served or appear.

On October 7, 2024, Garlinghouse filed a "Joint" Scheduling Report [ECF No. 15] reflecting his and Plaintiff, Mitchell Schuster's input. A joint scheduling report, as the name suggests, should be a submission from *all* parties in the case.

Accordingly, it is

**ORDERED** that the "Joint" Scheduling Report **[ECF No. 15]** is **STRICKEN**. The parties are directed to refile the report with input from *all* parties on or before **October 21, 2024** or within **ten (10) days** of Crawford's appearance in the matter, ***whichever is earlier***.

CASE NO. 24-23224-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 8th day of October, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record